NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SAMSUNG ELECTRONICS CO., LTD.,**
*Appellant*

**v.**

**G+ COMMUNICATIONS, LLC,**
*Appellee*

_____

2024-1902

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01598.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2     SAMSUNG ELECTRONICS CO., LTD. V. G+ COMMUNICATIONS,
LLC

(2)  Each side shall bear their own costs.

FOR THE COURT

October 24, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** October 24, 2024